**O R I G I N A L**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 30 2018

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Zev Shlasinger and Paul Gerardi</u>

    v.                         Civil No. 16-cv-290-JL

<u>Daniel Yarrington and Myriad
Games, LLC</u>

**VERDICT FORM**

**Claim 1:  Fraud in the Inducement**

1.  Do you find that the plaintiffs have proven, by clear and convincing evidence, their claim for fraud in the inducement of the Operating Agreement?

                                *No*
                           _____
                            (Yes or No)

If your answer to Question 1 is "yes," proceed to Question 2.
If your answer to Question 1 is "no," proceed to Question 3.

2.  What amount of damages, if any, do you award to the plaintiffs on their claim for fraud in the inducement?

_____
    (State the number amount in words, not figures.)

**Claim 2:   Breach of Contract**

3.   Do you find that the plaintiffs have proven, by a preponderance of the evidence, their claim for breach of the Operating Agreement?

<u>      *Yes*      </u>
(Yes or No)

If your answer to Question 3 is "yes," proceed to Question 4. If your answer to Question 3 is "no," conclude your deliberations.

4.   What amount of damages, if any, do you award to the plaintiffs on their claim for breach of contract?

<u>           *Zero dollars*           </u>
(State the number amount in words, not figures.)

This concludes your deliberations.


_____                                _____
                                          Foreperson

<u>     *1/30/2018*     </u>
Date